# IN THE SUPREME COURT OF THE STATE OF NEVADA

JELEE DELOS WHITE,
                Appellant,

vs.

ISIDRO BACA, WARDEN; NNCC;
JAMES DZURENDA; NDOC; DWAYNE
DEAL OMD; AND GOVERNOR BRIAN
SANDOVAL R-NV,
                Respondents.

No. 77116

FILED

NOV 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus and referring appellant to the director for a forfeiture of credits. First Judicial District Court, Carson City; Steven Elliott, Judge. Appellant has filed, in pro se, a motion to withdraw his appeal. Cause appearing, we grant the motion and

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc: Chief Judge, The First Judicial District Court
Hon. Steven Elliott, Senior Judge
Jelee Delos White
Attorney General/Carson City
Carson City Clerk

18-43158